UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MICHAEL RAY BEGUAS AQUINO | Hon. Esther Salas, U.S.M.J. Mag. No. 09-mj-7035 (ES) <br><br> **ORDER** |

This matter, having come before the Court by way of the Government's application for the extradition of Michael Ray Beguas Aquino, and, for the reasons set for the in Court's corresponding Opinion dated March 4, 2010,

**IT IS** on this **4th day of March, 2010,**

**ORDERED** that the Government's application is **GRANTED**.

**SO ORDERED**.

/s/ Esther Salas
**ESTHER SALAS**
**United States Magistrate Judge**

Orig.: Clerk of Court
cc:    All Parties
       File